# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  February 23, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

            Plaintiff                        **SCHEDULING ORDER**

    -against-

                                                                7:22-cr-00081

Navar Herring

            Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an arraignment on indictment for 2/28/2022 at 12 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

> Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated: 2/23/2022
       White Plains, New York

                                                                            SO ORDERED:

                                                                             s/       PED

                                                                            PAUL E. DAVISON
                                                                            United States Magistrate Judge