**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2023

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

April 5, 2023

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

**Deft's request to adjourn the April 14, 2023 teleconf. to May 10, 2023 at 3:00 pm to allow for ongoing Pretrial disposition discussions to take place is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 16.**
**Dated: White Plains, NY**
**April 5, 2023**

SO ORDERED:

[signature]
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Navar Herring*, 22 Cr. 81 (NSR)
      Letter Motion for Adjournment of Status Conference

Dear Judge Roman:

    I am appointed to represent the above defendant pursuant to CJA. The case is scheduled for a telephonic status conference on April 14, 2023 at 3:00 pm. The parties have been engaged in plea negotiations which may lead to a pretrial resolution. I write to the Court to request an adjournment of the aforementioned status conference to provide additional time to facilitate these ongoing plea discussions. It is my understanding that May 10, 2023 at 3:00 pm would be a convenient date and time for the Court for a telephonic proceeding. The Government has no objection to this application

    Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

[signature]

Howard E. Tanner

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)
      AUSA Jennifer Ong (By ECF and Email/PDF)