**MEMO ENDORSED**

## TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

May 5, 2023

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

**Deft's request to adjourn the telephonic Status Conf. from May 10, 2023 until June 7, 2023 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 20.**
**Dated: White Plains, NY**
**May 4, 2023**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Navar Herring*, 22 Cr. 81 (NSR)
Second Letter Motion for Adjournment of Status Conference

Dear Judge Roman:

I am appointed to represent the above defendant pursuant to CJA. The case is scheduled for a telephonic status conference on May 10, 2023 at 3:00 pm. The parties have been engaged in protracted plea negotiations, and I believe we are very close to a resolution.  I therefore write to the Court to request an adjournment of the aforementioned status conference to provide additional time to finalize a possible agreement. It is my understanding that June 7, 2023 at 11:00 am would be a convenient date and time for the Court for a telephonic proceeding. The Government has no objection to this application

Thank you, Your Honor, for your consideration of this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/4/2023

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)
      AUSA Jennifer Ong (By ECF and Email/PDF)