**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

50 Main Street
White Plains, New York 10606

May 16, 2023

**BY CM/ECF**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States v. Navar Herring*, 22 Cr. 81 (NSR)

Dear Judge Román:

    The Government respectfully requests, with the defendant's consent, that the Complaint in the above-referenced matter under 21 Mag. 10081 be unsealed and docketed in this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Nicholas S. Bradley / Jennifer N. Ong
    Assistant United States Attorneys
    (212) 637-1581 / (914) 993-1926

cc: Howard Tanner, Esq. (Counsel for Navar Herring)

**The Govt's request that the Complaint in 21 MJ 10081-UA be unsealed and docketed in this case, 22 Cr. 81-NSR, is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 23.**
**Dated: White Plains, NY**
      **May 16, 2023** SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2023