UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

- against -

NAVAR HERRING,

                    Defendant.

-------------------------------------------------------X

22 Cr. 0081-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated May 26, 2023 is approved and accepted.

Dated: White Plains, NY
          June 22, 2023

SO ORDERED.

_____
Nelson S. Román
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/22/2023___